THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jamethy W. Graham,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-400
Submitted April 21, 2004  Filed June 
 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, South Carolina 
 Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Deputy Attorney General Salley W. Elliott, all of 
 Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Jamethy W. Graham (Appellant) 
 pled guilty to pointing and presenting a firearm and failure to stop for a blue 
 light.  He was sentenced to concurrent terms of three years in prison on each 
 charge. 
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.       
APPEAL DISMISSED. [1] 
GOOSLBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.